# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Speedway Packaging & Distribution Co. Inc.,<br>*Plaintiff*<br>v.<br>Jeff J Sundermeyer, together dba/Apollo Marketing Group and AMG; Kim Sundermeyer, together dba/Apollo Marketing Group and AMG; Apollo Marketing Group LLC, a dissolved business entity,<br>*Defendant* | Civil Action No.  6:17-cv-01085-MGL |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: default judgment is entered in favor of plaintiff, against defendants, pursuant to Fed. R. Civ. P. 55(b)(2).

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Mary Geiger Lewis.

Date:  October 10, 2017

ROBIN L. BLUME, CLERK OF COURT

s/Ashley Buckingham, Deputy Clerk
*Signature of Clerk or Deputy Clerk*