# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Speedway Packaging & Distribution Co. Inc., <br> *Plaintiff* <br> v. <br> Jeff J. Sundermeyer, together dba/Apollo Marketing Group and AMG; Kim Sundermeyer, together dba/Apollo Marketing Group and AMG; Apollo Marketing Group LLC, a dissolved business entity <br> *Defendants* | ) ) ) ) ) ) | Civil Action No.  6:17-cv-01085-MGL |

**AMENDED JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☒ the plaintiff Speedway Packaging & Distribution Co. Inc. recover from the defendants, Jeff J. Sundermeyer, Kim Sundermeyer, and Apollo Marketing Group LLC, in the amount of One Hundred, Thirty Five Thousand, Seven Hundred and Twenty Eight Dollars, and 32/100 ($135,728.32 ), plus post-judgment interest at the statutory rate of 1.35%, and the costs of this action.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other:

This action was *(check one)*:
☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

☒ decided by the Honorable Mary Geiger Lewis.

Date:   October 12, 2017                                            ROBIN L. BLUME, CLERK OF COURT

                                                                                                    s/Ashley Buckingham
                                                                                            *Signature of Clerk or Deputy Clerk*